**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BILLY N. CULBERTSON,
ADC #076385                                                                                           PLAINTIFF

v.                                            4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED Defendant Baker is DISMISSED from Plaintiff's Complaint for failure to state a claim.

IT IS SO ORDERED this 29th day of November, 2010.


                                                                /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE