# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BILLY CULBERTSON,                                                                                           PLAINTIFF
ADC #076385

v.                                          4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                                     DEFENDANTS

## ORDER

By Order dated November 1, 2010, this Court directed the issuance of summons and service on Plaintiff's Complaint on Defendants (Doc. No. 6). Summons was returned, unexecuted, as to Defendant Christine Munnerlyn on November 17, 2010 (Doc. No. 19). Defendants are hereby directed to provide the last-known address of Defendant Munnerlyn within ten (10) days of the date of this Order.

IT IS SO ORDERED this 7th day of January, 2011.

                                                JEROME T. KEARNEY
                                                UNITED STATES MAGISTRATE JUDGE