**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BILLY N. CULBERTSON,
ADC #076385                                                                                          PLAINTIFF

4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                            DEFENDANTS

## ORDER

By Order dated January 7, 2011, this Court directed Defendants to provide the last-known address of Defendant Munnerlyn, who has not yet been served (Doc. No. 27). Defendants responded to the Court, stating Defendant's address is 2820 Elton Parker Road, Carlisle, Arkansas, 72024 (Doc. No. 27).[1] Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Christine Munnerlyn, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendant, at the above address, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 14th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes, however, that Defendants have filed an Answer on Defendant Munnerlyn's behalf (Doc. No. 13).