**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BILLY N. CULBERTSON,                                                                            PLAINTIFF
ADC #076385

v.                                            4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                           DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 48), stating Defendants failed to respond to interrogatories submitted on February 4, 2011 and May 2011. In their Response (Doc. No. 57), Defendants apologize for the delay, and state their responses were sent to Plaintiff on July 7, 2011. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 48) is DENIED as moot.

IT IS SO ORDERED this 18th day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE