**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BILLY N. CULBERTSON,
ADC #076385                                                                                           PLAINTIFF

4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                               DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 45) is GRANTED in part, with respect to Plaintiff's claims of placement on suicide watch and failure to protect.

2. Defendants' Motion for Summary Judgment (Doc. No. 45) is DENIED with respect to Plaintiff's over-medication claim from October 12, 2007 until December 27, 2007.

IT IS SO ORDERED this 26th day of July, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE