**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BILLY CULBERTSON, PLAINTIFF
ADC #076385

v. 4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al. DEFENDANTS

## **ORDER**

Defendants' Motion to Clarify the Court's June 24, 2011 Partial Report and Recommendation (Doc. No. 63) is DENIED. The official capacity argument was not raised in the Defendants' Motion for Summary Judgment (Doc. No. 45) and was not addressed in the June 24, 2011 Partial Report and Recommendation. The Partial Report and Recommendation was adopted in its entirety by Order dated July 26, 2011 (Doc. No. 61).

IT IS SO ORDERED this 29th day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE