**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BILLY N. CULBERTSON,                                                                                    PLAINTIFF
ADC #076385

v.                                              4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                                   DEFENDANTS

## ORDER

By Order dated August 26, 2011, this Court granted Defendants' Motion to Stay Discovery, pending resolution of Plaintiff's appeal (Doc. No. 79). In the present Motion to Compel (Doc. No. 93), Plaintiff appears to ask the Court to resume the discovery process, in light of the dismissal of his appeal. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 93), which this Court construes as a Motion to Resume Discovery, is GRANTED.

IT IS SO ORDERED this 28th day of Novmber, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE