## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BILLY N. CULBERTSON,                                                                               PLAINTIFF
ADC #076385

v.                                    4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                             DEFENDANTS

### ORDER

Plaintiff's Motion to Compel (Doc. No. 105) is GRANTED. Defendants shall submit responses to Plaintiff's discovery requests within fourteen days of the date of this Order.

IT IS SO ORDERED this 11th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE