## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BILLY N. CULBERTSON,                                                                                     PLAINTIFF
ADC #076385

v.                                           4:10-cv-01464-SWW-JTK

JIM ROBERSON, et al.                                                                                  DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion to Compel his medical file from Professional Counseling Association (Doc. No. 116).  In their Response, Defendants state they have provided a copy of all Plaintiff's medical records in their possession, and ask that Plaintiff's Motion be denied as moot (Doc. No. 117).

In light of Defendants' Response, Plaintiff's Motion will be denied.  Plaintiff should contact the Professional Counseling Association directly about obtaining copies of his medical records from them.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 116) is DENIED.

IT IS SO ORDERED this 21st day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE