IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY N. CULBERTSON,                                                PLAINTIFF
ADC #076385

4:10-cv-01464-KGB-JTK

JIM ROBERSON, et al.                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

Plaintiff's pending Motion for Appointment of Counsel (Dkt. No. 133), Application to Proceed Without Prepayment of Fees and Affidavit (Dkt. No. 134), and Request for Production (Dkt. No. 135) are all DENIED AS MOOT.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE