IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY N. CULBERTSON,                                                         PLAINTIFF
ADC #076385

4:10-cv-01464-KGB-JTK

JIM ROBERSON, et al.                                                      DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 21 day of August, 2012.

_____
Kristine G. Baker
United States District Judge